UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RACHELLE L. JENKINS,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

Civil Action No.:
1:21-CV-05058-BCM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2022

## ORDER

    AND, NOW, this 27th day of January, 2022, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

    IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due March 18, 2022. All subsequent deadlines are also extended by thirty (30) days.

Dated: New York, New York
       January 27, 2022

_____
Barbara Moses
United States Magistrate Judge