UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RACHELLE L. JENKINS,

                              Plaintiff,

-v-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                             Defendant.
------------------------------------------------------------X

21 CIVIL 5058

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 24, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will assign Plaintiff's case to a different ALJ, who will be directed to offer Plaintiff the opportunity for a new hearing and issue a new decision.

**Dated:** New York, New York
          March 24, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                            **BY:**
                                                                  **Deputy Clerk**